AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

ROBERT LEE CARTER,

      Petitioner,             JUDGMENT IN A CIVIL CASE

V.

                                CASE NUMBER: **3:05-cv-00079-PMP-VPC**

WARDEN ENDREL, et al.,

      Respondents.

\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is DENIED. IT IS FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

  January 14, 2008                              **LANCE S. WILSON**
                                                                     Clerk

                                                         /s/ Kalani Lizares
                                                           Deputy Clerk